GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*KRAVITZ, SCHNITZER & JOHNSON, CHTD.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MELISSA SANDBERG,

                              Plaintiff,

vs.

FMMR INVESTMENTS INC. d/b/a
RAPID CASH; AND KRAVITZ, SCHNITZER
& JOHNSON, CHTD.,

                              Defendants.

Case No.:   2:17-cv-01840-APG-PAL

**STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER OR
OTHERWISE PLEAD**

**(FIRST REQUEST)**

        **COMES NOW**, Defendant, KRAVITZ, SCHNITZER & JOHNSON, CHTD.,

("DEFENDANT" or "KRAVITZ, SCHNITZER & JOHNSON") by and through its attorney of

record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON,

CHTD., and the Plaintiff, MELISSA SANDBERG, by and through her attorney of record,

MICHAEL KIND, ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby

submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

        WHEREAS, Plaintiff filed her Complaint on July 5, 2017;

        WHEREAS, Defendant's current deadline to file its Response to the Complaint is

approximately August 25, 2017;

1

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

WHEREAS, Defendant seeks up to and including September 18, 2017 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of August 25, 2017 for Defendant KRAVITZ, SCHNITZER & JOHNSON to file its Response to Plaintiff's Complaint is hereby vacated;

///

///

///

///

///

///

///

///

///

///

///

///

///

(2) Defendant KRAVITZ, SCHNITZER & JOHNSON shall have up to and including

September 18, 2017 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 16th day of August, 2017.


/s/ Michael Kind, Esq.                      /s/ Gary E. Schnitzer, Esq.
Michael Kind, Esq.                          Gary E. Schnitzer, Esq.
Nevada Bar No. 13903                        Nevada Bar No. 395
Kazerouni Law Group, APC                    Kravitz, Schnitzer & Johnson, Chtd.
6069 South Fort Apache Road, Suite 100      8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89148                        Las Vegas, NV  89123
*Attorney for Plaintiff*                    *Attorney for Defendant*
*MELISSA SANDBERG*                          *KRAVITZ, SCHNITZER & JOHNSON,*
                                            *CHTD.*




**IT IS ORDERED.**


DATED this 18th day of August, 2017.



_____
United States Magistrate Judge