GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*FMMR INVESTMENTS INC. d/b/a RAPID CASH*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SANDBERG,<br><br>             Plaintiff,<br><br>vs.<br><br>FMMR INVESTMENTS INC. d/b/a<br>RAPID CASH; AND KRAVITZ, SCHNITZER<br>& JOHNSON, CHTD.,<br><br>             Defendants. | Case No.:   2:17-cv-01840-APG-PAL<br><br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME TO ANSWER OR<br>OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

**COMES NOW**, Defendant, FMMR INVESTMENTS INC. d/b/a RAPID CASH, ("DEFENDANT" or ""RAPID CASH") by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, MELISSA SANDBERG, by and through her attorney of record, MICHAEL KIND, ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed her Complaint on July 5, 2017;

WHEREAS, Defendant's current deadline to file its Response to the Complaint is approximately September 1, 2017;

1

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

WHEREAS, Defendant seeks up to and including September 18, 2017 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of September 1, 2017 for Defendant RAPID CASH to file its Response to Plaintiff's Complaint is hereby vacated;

///
///
///
///
///
///
///
///
///
///
///
///
///
///

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

(2) Defendant RAPID CASH shall have up to and including September 18, 2017 to file an

Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 16th day of August, 2017.


*/s/ Michael Kind, Esq.*                        */s/ Gary E. Schnitzer, Esq.*

Michael Kind, Esq.                             Gary E. Schnitzer, Esq.

Nevada Bar No. 13903                     Nevada Bar No. 395

Kazerouni Law Group, APC            Kravitz, Schnitzer & Johnson, Chtd.

6069 South Fort Apache Road, Suite 100    8985 S. Eastern Ave., Ste. 200

Las Vegas, NV 89148                     Las Vegas, NV 89123

*Attorney for Plaintiff*                      *Attorney for Defendant*

*MELISSA SANDBERG*                 *FMMR INVESTMENTS INC. d/b/a*

                                                 *RAPID CASH*


**IT IS ORDERED.**


DATED this 18th day of August, 2017.


_____

United States Magistrate Judge