Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Melissa Sandberg*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Melissa Sandberg,<br><br>    Plaintiff,<br><br>v.<br><br>FMMR Investments Inc., d/b/a Rapid Cash; and Kravitz, Schnitzer & Johnson, Chtd.,<br><br>    Defendants. | Case No.: 2:17-cv-01840-APG-PAL<br><br>**Notice of Settlement** |

The disputes between Plaintiff Melissa Sandberg ("Plaintiff") and Defendants FMMR Investments Inc., d/b/a Rapid Cash and Kravitz, Schnitzer & Johnson, Chtd. ("Defendants") have been resolved.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendants, with prejudice, within 60 days—on or before **November 17, 2017**.

DATED this 18th day of September 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 18, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148

**IT IS ORDERED** that the parties shall have until **November 17, 2017**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: September 19, 2017

Peggy A. Leen
United States Magistrate Judge