Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Rd., Ste. 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Melissa Sandberg*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Melissa Sandberg, | Case No.: 2:17-cv-01840-APG-PAL |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| v. | |
| FMMR Investments Inc., d/b/a Rapid Cash; and Kravitz, Schnitzer & Johnson, Chtd., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Melissa Sandberg ("Plaintiff") and Defendants FMMR Investments Inc., d/b/a Rapid Cash and Kravitz, Schnitzer & Johnson, Chtd. stipulate to dismiss this case with prejudice.

///

///

///

///

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 23rd day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

By: /s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 10/24/2017 _____